J. N. Foggarty, Administrator of the Estate of William J. Reading, Plaintiff in Error, v. Virgilio Cordero, Defendant in Error.

(Supreme Court of Florida, En Banc, December 19, 1908.)

Writ of Error to Circuit Court, Monroe County, Joseph B. Wall, Judge.

No appearance for the plaintiff in error;

W. Hunt Harris, for defendant in error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for

the plaintiff and the defendant takes writ of error. Writ of error dismissed on motion of counsel for the defendant in error.